**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 28 2009

**United States of America**

**FILED**

v.                                        Case No. 09-cr-30-PB

**Edward Brown and
Elaine Brown**

**SEALED ORDER**

I recuse myself from presiding over this case for the same

reasons set forth in my order dated October 12, 2007 in United

States v. Jason Gerhard (07-cr-168), United States v. Daniel

Riley (07-cr-189), United States v. Robert Wolffe (07-cr-190) and

United States v. Cirino Gonzalez (07-cr-191).

The case shall be assigned to another judge.

SO ORDERED.

Paul Barbadoro
United States District Judge

January 28, 2009

cc:  Counsel of Record