## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Docket No. 09-30-GZS |
| EDWARD BROWN and ELAINE BROWN, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON REQUEST FOR INTERVIEWS

Now before the Court is Kristen Senz's request to interview Edward Brown and Elaine Brown (Docket Item 179). The Defendants have agreed to the interviews. See Response (Assent) to Motion for Interview by Edward Brown (Docket Item 184) and Updated Response to Motion for Interview by Elaine Brown (Docket Item 183). The government takes no position on the request for interviews. Given the Defendants' agreement to be interviewed, Ms. Senz is free to make arrangements for the interviews through the office of the United States Marshals Service for the District of New Hampshire and the Defendants' counsel.

/s/ George Z. Singal
United States District Judge

Dated this 4th day of August, 2009.