# United States Court of Appeals
## For the First Circuit

No. 16-1293

ELAINE BROWN,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Lynch, Stahl and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: September 25, 2019

      The court's judgment of October 12, 2018, is <u>vacated</u>.  Petitioner seeks leave to file a second or successive 28 U.S.C. § 2255 motion featuring a challenge to one or more 18 U.S.C. § 924(c) convictions based on <u>Johnson</u> v. <u>United States</u>, 135 S. Ct. 2551 (2015) (<u>Johnson II</u>), and related precedent.  <u>See also</u> <u>United States</u> v. <u>Davis</u>, 139 S. Ct. 2319 (2019).  We conclude only that petitioner has made "a sufficient showing of possible merit to warrant a fuller exploration by the district court."  <u>Evans-Garcia</u> v. <u>United States</u>, 744 F.3d 235, 237 (1st Cir. 2014).  Petitioner's application is <u>granted</u>, and she is hereby authorized to pursue in the district court a challenge to her § 924(c) conviction(s) based on <u>Johnson II</u> and related precedent.  The court expresses no opinion as to the merits of petitioner's claim or as to any other relevant legal issue.

  The clerk of court will transfer petitioner's application and any amended or supplemental applications filed in this court to the district court for filing as a § 2255 motion.  The motion shall be deemed filed in the district court on the date petitioner's original second or successive application was filed in this court.  Petitioner's September 9, 2019, motion for relief from judgment is <u>denied</u> as moot.

By the Court:

        Maria R. Hamilton, Clerk

cc:
Hon. George Z. Singal
Daniel Lynch, Clerk, United States District Court for the District of New Hampshire
Judith H. Mizner
Elaine Brown
Bjorn R. Lange
Seth R. Aframe
Daniel John Riley